Case 3:12-cr-0011☐ RRE *SEALED*  Document 8  Filed ☐/13/12  Page 1 of 2

Local AO 442 (Rev. 10/11) Arrest Warrant

---

# UNITED STATES DISTRICT COURT
## DISTRICT OF NORTH DAKOTA
### SOUTHEASTERN DIVISION

United States of America )
v. )
BYRON JOSEPH LANDRY, a/k/a TRIPLESCREW )   Case No.  3:12-cr-119-03
)
)
_____ )
Defendant

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*  BYRON JOSEPH LANDRY, a/k/a TRIPLESCREW ,

who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Possess with Intent to Distribute and Distribute Controlled Substances and Controlled Substance Analogues Resulting in Serious Bodily Injury and Death; Conspiracy to Import into the United States Controlled Substance Analogues Resulting in Death and Serious Bodily Injury; Conspiracy to Cause the Introduction of a Misbranded Drug into Interstate Commerce; Aiding and Abetting

Date: 12/13/2012

/s/ Lori Haberer
*Issuing officer's signature*

City and state: Fargo, ND

Lori Haberer, Deputy Clerk
*Printed name and title*

---

### Return

This warrant was received on *(date)* 12-14-2012 , and the person was arrested on *(date)* 1-4-2013
at *(city and state)* GULFPORT, MS .

Date: 1-7-2013

J-C
*Arresting officer's signature*

J. SCHAFER   SDUSM
*Printed name and title*